UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCISCA E. LOPEZ, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-0442-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:97-CR-257(11)-G |
| Respondent. | ) | |

**OPINION AND ORDER**

After reviewing the objections to the findings, conclusions and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are adopted as the Findings of the court.

It is therefore **ORDERED** that those Findings are **ADOPTED** as the findings and conclusions of the court.

June 21, 2005.

_____
A. JOE FISH
CHIEF JUDGE